# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Davon Heyward, | | |
| *Petitioner* | ) | Civil Action No.  0:18-cv-00487-JMC |
| v. | ) | |
| State of South Carolina; Attorney Scarlett Wilson, | ) | |
| 101 Meeting St. Chas. S.C. 29401, Warrant # | ) | |
| 2017A1010201547. 2017A1010201548, | ) | |
| 2017A1010201549, 2017A1010201550, | ) | |
| *Respondent* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Davon Heyward, shall take nothing of the respondents, State of South Carolina and Attorney Scarlett Wilson, and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended dismissing the petition without prejudice.

Date:  May 21, 2018

*ROBIN L. BLUME, CLERK OF COURT*

s/M. Walker

_____
*Signature of Clerk or Deputy Clerk*